IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD WEEKS, # 283804, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:13cv926-WHA |
| | ) | (WO) |
| KIM TOBIAS THOMAS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On February 23, 2016, the Magistrate Judge entered a Recommendation (Doc. No. 18) to which no timely objections have been filed. Based upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) the Recommendation (Doc. No. 18) is ADOPTED; and

(2) Petitioner Ronald Weeks's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

Final Judgment will be entered separately.

DONE, this 16th day of March, 2016.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE